**Fill in this information to identify your case and this filing:**

Debtor 1  **Barry ONeil Graves**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA (NC EXEMPTIONS)

Case number  17-10274

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes.  Where is the property?

1.1
**2250 Willie Pace Road**
Street address, if available, or other description

**BURLINGTON**    **NC**    **27217-0000**
City    State    ZIP Code

**Alamance**
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  $78,775.00
**Current value of the portion you own?**  $78,775.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Sole Interest**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**.IMPORTANT NOTICES:**

**(1) Valuation Method (Sch. A & B): FMV unless otherwise noted.**

**(2) Creditor claims disclosed on Sch. D, E & F are estimates only, drawn largely from unverified information provided by the creditor, and shall not be considered an admission by the Debtor(s) of the amount owed, interest, late fees, etc. Nor is this listing of a creditor or representatives an admission by the Debtor(s) that such parties are actual owners of such claims.**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**    $78,775.00

**Part 2: Describe Your Vehicles**

| Debtor 1 | **Barry ONeil Graves** | Case number *(if known)* | **17-10274** |
|---|---|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1  Make: **Nissan**
        Model: **Altima**
        Year: **2012**
        Approximate mileage: **86,188**
        Other information:
        VIN: 1NFAL2A95C1179518
        Insurance Policy:
        Debtor shares interest w/estranged spouse

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
       (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?  **$11,960.36**
   Current value of the portion you own?   **$5,980.18**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>**    **$5,980.18**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   **Household Goods**    **$945.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   **Electronics**    **$350.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

| Debtor 1 | Barry ONeil Graves | Case number *(if known)* | 17-10274 |
|---|---|---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Wearing Apparel | $300.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..............................................................................**  $1,595.00

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.......................................................................................................

    | Cash on Hand | $270.00 |
    |---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................    Institution name:

    | 17.1. | Checking | MetaBank | $50.00 |
    |---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No

| Debtor 1 | **Barry ONeil Graves** | Case number *(if known)* | **17-10274** |
|---|---|---|---|

☐ Yes.  Give specific information about them...................
         Name of entity:                                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
             Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
             Type of account:                 Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ......................                         Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............         Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2016 state and federal Tax refund:  total received $4,235.<br><br>Already received and included in account balances. | IRS and NC | $0.00 |
|---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No

| Debtor 1 | Barry ONeil Graves | Case number *(if known)* | 17-10274 |
|---|---|---|---|

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:     Beneficiary:     Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................** | **$320.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| Possible Consumer Rights Claim(s) Subject to Approval of Settlement/Award by Bankruptcy Court | Unknown |
|---|---|

| Debtor 1 | **Barry ONeil Graves** | Case number *(if known)* | **17-10274** |
|---|---|---|---|

| **Other Property of any kind not already listed** | $0.00 |
|---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... $0.00

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ....................................................................................................... $78,775.00
56. **Part 2: Total vehicles, line 5**     $5,980.18
57. **Part 3: Total personal and household items, line 15**     $1,595.00
58. **Part 4: Total financial assets, line 36**     $320.00
59. **Part 5: Total business-related property, line 45**     $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**     $0.00
61. **Part 7: Total other property not listed, line 54**     +     $0.00

62. **Total personal property.** Add lines 56 through 61...     $7,895.18     Copy personal property total     $7,895.18

63. **Total of all property on Schedule A/B**. Add line 55 + line 62     $86,670.18

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Barry ONeil Graves** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA (NC EXEMPTIONS) | |
| Case number (if known) | 17-10274 | ■ Check if this is an amended filing |

## Official Form 106D
### Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|---|
| 2.1 | **Alamance County Tax Collector**<br>Creditor's Name | Describe the property that secures the claim: | $0.00 | $78,775.00 | $0.00 |
| | | **2250 Willie Pace Road Burlington, NC 27217  Alamance County .IMPORTANT NOTICES:**<br><br>**(1) Valuation Method (Sch. A & B): FMV unless otherwise noted.**<br><br>**(2) Creditor claims disclosed on Sch. D, E & F are estimates only, drawn largely from unve** | | | |
| | **124 West Elm Street Graham, NC 27253**<br>Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>■ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)   **Notice Purposes Only** | | | |
| | Date debt was incurred    **Paid In Escrow** | Last 4 digits of account number | | | |
| 2.2 | **City of Graham** | Describe the property that secures the claim: | $0.00 | $78,775.00 | $0.00 |

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

Debtor 1  **Barry ONeil Graves**                                                                              Case number (if know)   **17-10274**
         First Name   Middle Name   Last Name

Creditor's Name

**2250 Willie Pace Road Burlington, NC 27217  Alamance County .IMPORTANT NOTICES:**

**(1) Valuation Method (Sch. A & B): FMV unless otherwise noted.**

**(2) Creditor claims disclosed on Sch. D, E & F are estimates only, drawn largely from unve**

**201 South Main Street**
**P.O. Drawer 357**
**Graham, NC 27253**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Real Property Taxes - Included In Escrow**

Date debt was incurred  _____          Last 4 digits of account number  _____

---

| 2.3 | **Credit Acceptance Corporation** | Describe the property that secures the claim: | $11,960.36 | $11,960.36 | $0.00 |

Creditor's Name

**2012 Nissan Altima 86,188 miles**
**VIN: 1NFAL2A95C1179518**
**Insurance Policy:**

**Debtor shares interest w/estranged spouse**

**Attn: Managing Agent**
**Post Office Box 513**
**Southfield, MI 48037-0513**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Purchase Money Security Interest**

Date debt was incurred  **2/2017**           Last 4 digits of account number  **9789**

---

| 2.4 | **Shellpoint Mortgage Servicing** | Describe the property that secures the claim: | $45,748.00 | $78,775.00 | $0.00 |

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Debtor 1   **Barry ONeil Graves**                                        Case number (if know)   **17-10274**
             First Name   Middle Name   Last Name

Creditor's Name

**2250 Willie Pace Road Burlington, NC 27217  Alamance County .IMPORTANT NOTICES:**

**(1) Valuation Method (Sch. A & B): FMV unless otherwise noted.**

**(2) Creditor claims disclosed on Sch. D, E & F are estimates only, drawn largely from unve**

**Attn: Managing Agent Post Office Box 10826 Greenville, SC 29603-0826**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Deed of Trust**

Date debt was incurred   **04/18/2007 to 01/31/2017**        Last 4 digits of account number   **6666**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$57,708.36** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$57,708.36** |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐   Name, Number, Street, City, State & Zip Code
**Credit Acceptance Corporation
Silver Triangle Building
25505 W. Twelve Mile Rd, Ste 3000
Southfield, MI 48034-8339**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number   ___

☐   Name, Number, Street, City, State & Zip Code
**Stern & Eisenberg PC
1709 Devonshire Drive
Columbia, SC 29204**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number   ___

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Barry ONeil Graves** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA (NC EXEMPTIONS) | | |
| Case number (if known) | 17-10274 | | |

■ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors                                                             12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3.** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Melissa Nicole Graves**<br>**1331 Parker Street**<br>**Burlington, NC 27217** | ■ Schedule D, line **2.3**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Credit Acceptance Corporation** |
| 3.2 | **Nia Woods**<br>**1017 Frazier Road**<br>**Mebane, NC 27302** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.16**<br>☐ Schedule G _____<br>**Midland Mortgage Company ******** |

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611


NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006


Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241


Experian
P.O. Box 2002
Allen, TX 75013-2002


Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000


Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346


US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401


Absolute Collection Service **
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601


Alamance County EMS
Post Office Box 29526
Greensboro, NC 27429-5285


Alamance County Tax Collector
124 West Elm Street
Graham, NC 27253

```
Alamance County Tax Collector
124 West Elm Street
Graham, NC 27253


Alamance Ear Nose & Throat LLP
Post Office Box 2
Burlington, NC 27216-0002


Alamance Regional Medical Center
1240 Huffman Mill Road
Burlington, NC 27215


Applied Bank
c/o Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY 14210


AT&T **
Post Office Box 105503
Atlanta, GA 30348


AT&T **
Post Office Box 105503
Atlanta, GA 30348


Bank of America
Post Office Box 25118
Tampa, FL 33622-5118


Bell South
Post Office Box 1262
Charlotte, NC 28201-1262


Benjamin Gilbert, Director
Attn: Legal Dept. of UNC Hospitals
101 Manning Drive
Chapel Hill, NC 27514


Bull City Financial Solutions, Inc.
1107 W Main St
Suite 201
Durham, NC 27701
```

Bull City Financial Solutions, Inc.
1107 W Main St
Suite 201
Durham, NC 27701


City of Graham
201 South Main Street
P.O. Drawer 357
Graham, NC 27253


City of Graham
201 South Main Street
P.O. Drawer 357
Graham, NC 27253


CRA Collections
PO Box 2103
Mechanicsburg, PA 17055


Credit Acceptance Corporation
Attn: Managing Agent
Post Office Box 513
Southfield, MI 48037-0513


Credit Acceptance Corporation
Silver Triangle Building
25505 W. Twelve Mile Rd, Ste 3000
Southfield, MI 48034-8339


CSDDUR
Post Office Box  530
Durham, NC 27702-0530


CSDDUR
Post Office Box  530
Durham, NC 27702-0530


Department of Education/Nelnet
121 South 13 Street
Lincoln, NE 68508


DIRECTV
2230 East Imperial Highway
Mail Station LA1/N367
El Segundo, CA 90245

```
Diversified Consultants, Inc.
10550 Deerwood Park Blvd
Suite 708
Jacksonville, FL 32256


Inter Collec
Post Office Box 3136
Winston Salem, NC 27102


Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326


Kernodle Clinic
Post Office Box 1717
Burlington, NC 27216


Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615


Melissa Nicole Graves
1331 Parker Street
Burlington, NC 27217


Midland Mortgage Company ******
Attn: Managing Agent
Post Office Box 26648
Oklahoma City, OK 73126-6648


NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006


NCO Financial Services **
PO Box 15630
Dept 99
Wilmington, DE 19850


Nia Woods
1017 Frazier Road
Mebane, NC 27302
```

```
North Carolina Department of Revenu
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629


North Carolina Department of Revenu
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000


North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168


Optima Recovery Services
Post Office Box 52968
Knoxville, TN 37950-2968


Shellpoint Mortgage Servicing
Attn: Managing Agent
Post Office Box 10826
Greenville, SC 29603-0826


Sprint
c/o RPM
Post Office Box 768
Bothell, WA 98041


Stern & Eisenberg PC
1709 Devonshire Drive
Columbia, SC 29204


Time Warner Cable
Post Office Drawer 40508
Fayetteville, NC 28309-0508


UNC Hospitals**
211 Friday Center Drive
Suite G21
Chapel Hill, NC 27517


UNC Physicians & Associates**
Post Office Box 168
Chapel Hill, NC 27514
```

```
US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401


US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461
```

# CERTIFICATE OF SERVICE

I, Patty Cherigo, of Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on May 2, 2017, I served a copy of the **Amended Schedule A/B, Amended Schedule D, Amended Schedule H, and Amended Creditors Mailing Matrix**, by automatic electronic noticing, upon the following parties:

Anita Jo Kinlaw Troxler
Chapter 13 Trustee

by regular U.S. mail, upon the following parties (names and addresses):

Credit Acceptance Corporation
Attn: Managing Agent
Post Office Box 513
Southfield, MI 48037-0513

Melissa Nicole Graves
1331 Parker Street
Burlington, NC 27217

                                                                s/ Patty Cherigo
                                                                Patty Cherigo

amend2.wpt (rev. 3/26/07)