**SO ORDERED.**

**SIGNED** this 19th day of May, 2017.



_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

C-13-16(FTP)
(Rev. 1/15)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In Re: ) | |
| ) | **ORDER** |
| Graves, Barry Oneil   xxx-xx-0687 ) | |
| PO Box 1314 ) | Case No. 17-10274 C-13G |
| Mebane, NC 27302 ) | |
| ) | |
| Debtor. ) | |

    This case came before the Court for hearing on May 16, 2017, on the Motion filed by the Trustee to dismiss the Debtor from Chapter 13 prior to confirmation. All necessary parties having been given adequate notice of the Motion and hearing, the Court finds after hearing on the Motion that the Motion should be denied without prejudice; therefore, it is

    ORDERED that the Motion by the Trustee to dismiss the Debtor from Chapter 13 prior to confirmation is denied without prejudice.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
17-10274 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

BARRY ONEIL GRAVES
PO BOX 1314
MEBANE NC 27302

JOHN T ORCUTT ESQ
6616-203 SIX FORKS ROAD
RALEIGH NC 27615