C-13-15(a)Motion
(Rev. 10/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| GRAVES, BARRY ONEIL                xxx-xx-0687 | ) | |
| PO BOX 1314 | ) | No:   17-10274   C-13G |
| MEBANE, NC 27302 | ) | |
| | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed July 23, 2017.  Shellpoint Mortgage Servicing is scheduled to be paid as a secured continuing long term debt claimant through the disbursements by the Trustee on a deed of trust against real property.  Pursuant to the terms of the Order confirming the Plan the arrearage on the account through June 2017 is to be paid as a separate claim with regular monthly payments to be disbursed effective with the payment for July 2017. Shellpoint Mortgage Servicing has filed Claim 4 referencing a mortgage account with last four digits 99031 with an arrearage claim in the amount of $9,728.82 indicating the arrearage amount to be through March 2017.  The regular monthly payment on the account through June 2017 was $324.91.  The arrearage claim needs to be increased by $974.73 to include the April 2017, May 2017 and June 2017 monthly mortgage payments in the arrearage claim.  The Trustee recommends that an Order be entered increasing the arrearage claim of Shellpoint Mortgage Servicing by $974.73 to include the April 2017, May 2017 and June 2017 monthly mortgage payments in the arrearage claim without prejudice to an objection being filed to the mortgage claim of Shellpoint Mortgage Servicing.

Date:   August 1, 2017                                                                                                  s/Anita Jo Kinlaw Troxler
AJKT:lac                                                                                                                                  Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  September 5, 2017   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on  September 26, 2017  at 2:00 p.m., in the following location:

*Courtroom #1*
*Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

Date:   **August 4, 2017**                                                                                OFFICE OF THE CLERK
                                                                                                                            U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
17-10274 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

BARRY ONEIL GRAVES
PO BOX 1314
MEBANE, NC 27302

JOHN T ORCUTT ESQ
6616-203 SIX FORKS ROAD
RALEIGH, NC 27615

SHELLPOINT MORTGAGE SERVICING
ATTN: MANAGING AGENT
POST OFFICE BOX 10826
GREENVILLE, SC 29603−0826