UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
BARRY ONEIL GRAVES                              CASE NO. 17-10274
PO BOX 1314                                     JUDGE BENJAMIN A. KAHN
MEBANE, NC  27302

    DEBTOR

SSN(1) XXX-XX-0687                              DATE: 10/11/2017

---

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ABSOLUTE COLLECTION SVC<br>421 FAYETTEVILLE ST STE 600<br>RALEIGH, NC  27601 | $0.00<br>INT:  .00%<br>NAME ID:  59368<br>CLAIM #:  0003 | (U) UNSECURED<br>NOT FILED<br>ACCT:  UNTS<br>COMMENT: |
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT:  .00%<br>NAME ID:  1735<br>CLAIM #:  0031 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY EMS<br>P O BOX 29526<br>GREENSBORO, NC  27429 | $0.00<br>INT:  .00%<br>NAME ID:  69247<br>CLAIM #:  0004 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $2.12<br>INT:  .00%<br>NAME ID:  2794<br>CLAIM #:  0029 | (U) UNSECURED<br><br>ACCT:  0274<br>COMMENT: |
| ALAMANCE EAR NOSE & THROAT LLP<br>P O BOX 2<br>BURLINGTON, NC  27216-0002 | $0.00<br>INT:  .00%<br>NAME ID:  66832<br>CLAIM #:  0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:  1542<br>COMMENT: |
| ALAMANCE REGIONAL MEDICAL CTR<br>1240 HUFFMAN MILL RD<br>BURLINGTON, NC  27215 | $0.00<br>INT:  .00%<br>NAME ID:  23755<br>CLAIM #:  0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:  3158<br>COMMENT: |
| APPLIED BANK<br>% CAPITAL MANAGEMENT SERVICES LP<br>726 EXCHANGE ST STE 700<br>BUFFALO, NY  14210 | $0.00<br>INT:  .00%<br>NAME ID:  164489<br>CLAIM #:  0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:  1565<br>COMMENT: |
| AT&T<br>P O BOX 105503<br>ATLANTA, GA  30348-5503 | $0.00<br>INT:  .00%<br>NAME ID:  54076<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:  1913<br>COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 17-10274

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---:|---|---|
| AT&T<br>P O BOX 105503<br>ATLANTA, GA  30348-5503 | $0.00<br>INT:  .00%<br>NAME ID: 54076<br>CLAIM #:  0009 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 1916<br>COMMENT: |
| BANK OF AMERICA<br>P O BOX 25118<br>TAMPA, FL  33622 | $0.00<br>INT:  .00%<br>NAME ID: 33421<br>CLAIM #:  0010 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 3936<br>COMMENT: |
| BELLSOUTH<br>P O BOX 1262<br>CHARLOTTE, NC  28201 | $0.00<br>INT:  .00%<br>NAME ID: 2537<br>CLAIM #:  0011 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 1913<br>COMMENT: |
| BULL CITY FINANCIAL SOLUTIONS<br>1107 W MAIN ST STE 201<br>DURHAM, NC  27701 | $0.00<br>INT:  .00%<br>NAME ID: 132946<br>CLAIM #:  0012 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CITY OF GRAHAM<br>P O DRAWER 357<br>GRAHAM, NC  27253 | $0.00<br>INT:  .00%<br>NAME ID: 31589<br>CLAIM #:  0001 | | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  OC |
| CRA COLLECTIONS<br>P O BOX 2103<br>MECHANICSBURG, PA  17055-2103 | $0.00<br>INT:  .00%<br>NAME ID: 57337<br>CLAIM #:  0013 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT ACCEPTANCE CORPORATION<br>SILVER TRIANGLE BUILDING<br>25505 W TWELVE MILE RD STE 3000<br>SOUTHFIELD, MI  48034-8339 | $11,250.36<br>INT:  .00%<br>NAME ID: 165318<br>CLAIM #:  0030 | | (U) UNSECURED<br><br>ACCT: 9789<br>COMMENT:  OC,COD/LIF,717OR |
| CSDDUR<br>P O BOX 530<br>DURHAM, NC  27702-0530 | $0.00<br>INT:  .00%<br>NAME ID: 132698<br>CLAIM #:  0014 | | (U) UNSECURED<br>NOT FILED<br>ACCT:  UNTS<br>COMMENT: |
| DIRECTV<br>LA1/N367<br>2230 E IMPERIAL HWY<br>EL SEGUNDO, CA  90245 | $0.00<br>INT:  .00%<br>NAME ID: 132699<br>CLAIM #:  0016 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 4838<br>COMMENT: |
| EMPLOYMENT SECURITY COMMISSION<br>P O BOX 26504<br>RALEIGH, NC  27611-6504 | $0.00<br>INT:  .00%<br>NAME ID: 5777<br>CLAIM #:  0027 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EQUIFAX INFORMATION SERVICES<br>P O BOX 740241<br>ATLANTA, GA  30374 | $0.00<br>INT:  .00%<br>NAME ID: 157462<br>CLAIM #:  0023 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EXPERIAN<br>P O BOX 2002<br>ALLEN, TX  75013 | $0.00<br>INT:  .00%<br>NAME ID: 70333<br>CLAIM #:  0024 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| KERNODLE CLINIC<br>P O BOX 1717<br>BURLINGTON, NC  27216 | $0.00<br>INT:  .00%<br>NAME ID: 28369<br>CLAIM #:  0017 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 7264<br>COMMENT: |
| MIDLAND MORTGAGE CO<br>P O BOX 26648<br>OKLAHOMA CITY, OK  73126 | $0.00<br>INT:  .00%<br>NAME ID: 37507<br>CLAIM #:  0018 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 5011<br>COMMENT:  COD |
| NC CHILD SUPPORT<br>CENTRALIZED COLLECTIONS<br>P O BOX 900006<br>RALEIGH, NC  27675-9006 | $0.00<br>INT:  .00%<br>NAME ID: 2930<br>CLAIM #:  0025 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NIA WOODS<br>1017 FRAZIER RD<br>MEBANE, NC  27302-7564 | $0.00<br>INT:  .00%<br>NAME ID: 132703<br>CLAIM #:  0026 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| OPTIMA RECOVERY SERVICES<br>P O BOX 52968<br>KNOXVILLE, TN  37950-2968 | $0.00<br>INT:  .00%<br>NAME ID: 40749<br>CLAIM #:  0019 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 6823<br>COMMENT: |
| SHELLPOINT MORTGAGE SERVICING<br>ATTN MANAGING AGENT<br>P O BOX 10826<br>GREENVILLE, SC  29603-0826 | MONTHLY PMT  $324.91<br>INT:  .00%<br>NAME ID: 149757<br>CLAIM #:  0002 | | (H) ONGOING-SECURED<br><br>ACCT: 9031<br>COMMENT:  DT RP,CTD,EFF W/JUL 2017 |
| SHELLPOINT MORTGAGE SERVICING<br>ATTN MANAGING AGENT<br>P O BOX 10826<br>GREENVILLE, SC  29603-0826 | $10,703.55<br>INT:  .00%<br>NAME ID: 149757<br>CLAIM #:  0032 | | (R) ARREARAGE-SECURED<br><br>ACCT: 9031<br>COMMENT:  ARR THRU JUN 2017,917OR |
| SPRINT<br>% RPM<br>P O BOX 768<br>BOTHELL, WA  98041 | $0.00<br>INT:  .00%<br>NAME ID: 164490<br>CLAIM #:  0020 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 6847<br>COMMENT: |
| TIME WARNER CABLE<br>P O BOX 40508<br>FAYETTEVILLE, NC  28309 | $0.00<br>INT:  .00%<br>NAME ID: 132708<br>CLAIM #:  0021 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TRANS UNION<br>P O BOX 2000<br>CRUM LYNNE, PA  19022-2000 | $0.00<br>INT:  .00%<br>NAME ID: 157479<br>CLAIM #:  0028 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| UNC HOSPITALS<br>SUITE G21<br>211 FRIDAY CENTER DR<br>CHAPEL HILL, NC  27517 | $0.00<br>INT:  .00%<br>NAME ID: 35869<br>CLAIM #:  0022 | | (U) UNSECURED<br>NOT FILED<br>ACCT: UNTS<br>COMMENT: |
| US DEPARTMENT OF EDUCATION<br>% NELNET<br>P O BOX 740283<br>ATLANTA, GA  30374-0283 | $45,781.38<br>INT:  .00%<br>NAME ID: 114934<br>CLAIM #:  0015 | | (U) UNSECURED<br><br>ACCT: 0687<br>COMMENT: |
| **TOTAL:** | **$68,114.32** | | |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,300.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  10/11/2017                                    OFFICE OF THE CHAPTER 13 TRUSTEE

                                                     By:  /s/  Gayle McFarland
                                                          Clerk
                                                          Chapter 13 Office
                                                          500 W FRIENDLY AVE STE 200
                                                          P O BOX 1720
                                                          GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice